JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

B-01-165

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

United States District Court
Southern District of Texas
FILED
SEP 2 6 2001
Michael N. Milby
Clerk of Court

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
ONE 1993 FORD F-150 TRUCK
VIN NO. 1FTEX15NOPKA80829

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
RONALD G. MORGAN
600 E. HARRISON STREET #201
BROWNSVILLE, TX 78520
(956) 548-2554

ATTORNEYS (IF KNOWN)
SEAN BELLEVILLE
ATTORNEY FOR CLAIMANT
777 E. HARRISON STRET
BROWNSVILLE, TX 78520

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 U.S Government Plaintiff
- [ ] 2 U S Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☒ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret Inc Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 9-26-1
SIGNATURE OF ATTORNEY OF RECORD
RONALD G. MORGAN

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 26 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO.  B-01-165 |
| | § | |
| ONE 1993 FORD F-150 TRUCK | § | |
| VIN No. 1FTEX15NOPKA80829 | § | |
| Defendant. | § | |

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, files this Verified Complaint for Forfeiture in rem and would show as follows:

1. This is a civil action brought pursuant to the provisions of 8 U.S.C. § 1324(b)(1) and 18 U.S.C. § 983, which provide for forfeiture of any conveyance used in the commission of a violation of 8 U.S.C. § 1324(a).

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 1355; venue lies in the Southern District of Texas pursuant to 28 U.S.C. § 1395.

3. The Defendant Property, being a 1993 FORD F-150 TRUCK, Vehicle Identification Number (VIN) 1FTEX15NOPKA80829 (hereinafter the "Defendant Property") is forfeitable to the United States pursuant to the above statutes. The Defendant Property was seized by Immigration and Naturalization Service (INS) agents on May 16, 2001, near Brownsville, Texas from the possession of Jose Flores Lopez.

4. According to the Texas Certificate of Title, Defendant Property is owned by Jose Lopez, with an address of 257 Shoreline Drive, Brownsville, Texas 78593.  No lien

is shown on the certificate of title.

5. Jose Flores Lopez was indicted by a Federal grand jury in Brownsville, Texas, on June 5, 2001, on a multi-count indictment charging him with, among other things, conspiracy to transport undocumented aliens in violation of 8 U.S.C. § 1324 (a)(1)(A)(v).

6. On June 25, 2001, Jose Flores Lopez was informed of the INS's intent to forfeit the Defendant Property as a vehicle that had been used to violate 8 U.S.C. § 1324(a).

7. On July 6, 2001, Jose Flores Lopez entered a guilty plea to charges that, among other things, he conspired to transport undocumented aliens in violation of 8 U.S.C. § 1324 (a)(1)(A)(v).

8. On information and belief, the Government avers that the Defendant Property was repeatedly used by Jose Flores Lopez to travel to and from meetings in which arrangements were made to illegally transport undocumented aliens; as a location for discussions regarding plans to transport undocumented aliens; and, finally, as a means by which Jose Flores Lopez traveled to locations to collect from the co-conspirators the amounts paid by undocumented aliens for being smuggled into and transported in the United States.

9. On July 27, 2001, Jose Flores Lopez filed an administrative claim to the Defendant Property.

10. The Defendant Property was used in the commission of and to facilitate a conspiracy to violate 8 U.S.C. § 1324(a) and is therefore subject to forfeiture to the

2

United States of America pursuant to 18 U.S.C. § 1324(b)(1).

WHEREFORE, Plaintiff prays that:

1. Monition issue according to the normal procedure of the Court, citing all persons having an interest in the above described Defendant Property, to appear on the return day of process by filing a statement of interest within twenty (20) days from execution of process and an answer within twenty (20) days thereafter pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims;

2. That judgment of forfeiture be decreed against the Defendant Property;

3. That upon final order of forfeiture the Defendant Property be disposed of by the U.S. Marshals Service in accordance with law; and

4. For Costs and other such and further relief to which the Plaintiff may be entitled.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: /s/ Ronald G. Morgan
RONALD G. MORGAN
Assistant United States Attorney
Fed Bar No. 23902
TX Bar No. 00795014
600 East Harrison, Ste. 201
Brownsville, Texas 78521
Tel :(956) 983-6011
Fax: (956) 548-2711

# VERIFICATION

I, Luis A. Massad, upon oath declare and say that:

1. I am a Senior Special Agent with the Immigration and Naturalization Service, and I am one of the agents responsible for the investigation concerning this litigation.

2. I have read the above Complaint for Forfeiture.

3. I have furnished the information leading to the allegations contained in the Complaint for Forfeiture.

4. Based on my investigation, the information and allegations contained in the Complaint for Forfeiture are true and correct and establish probable cause to seize and forfeit the Defendant Property as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st Day of September, 2001.

_____
LUIS A. MASSAD
Special Agent
Immigration and Naturalization Service

Subscribed and sworn to before me on this the 21st day of September, 2001.

[Notary Seal: Melva I. Tamez, Notary Public, State of Texas, My Commission Expires December 6, 2004]

_____
Notary Public for the States of Texas

My commission expires on 12-06-2004.

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was sent via first-class mail, return receipt requested, to the individuals listed below on this **26th** day of **September** 2001.

SEAN BELLEVILLE
Law Office of Ernest Gamez, Jr.
Attorney for Claimant
777 East Harrison
Brownsville, Texas 78520

JOSE FLORES LOPEZ
Claimant
257 Shoreline Drive
Brownsville, Texas 78521

RONALD G. MORGAN
Assistant U.S. Attorney

5

# WARRANT OF SEIZURE AND MONITION
## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**To the United Marshals Service or any designated agent:**

 **WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by GREGORY A. SERRES, United States Attorney for said district, on behalf of the United States of America, against the following described property:

**ONE 1993 FORD F-150 TRUCK  Vehicle Identification Number 1FTEX15NOPKA80829**

and praying that all person interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

 **YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of Brownsville within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within (20) days after the filing of said claims.  And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: <br><br> BROWNSVILLE, TEXAS |
|---|---|
| DATE: | CLERK: <br><br> MICHAEL N. MILBY |
|  | BY DEPUTY CLERK: |

RETURNABLE ____ DAY AFTER ISSUE.

## SERVICE RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| U.S. MARSHAL: | BY DEPUTY MARSHAL: |

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CIVIL ACTION |
| V. | CASE NUMBER: |
| ONE 1993 FORD F-150 TRUCK<br>VIN NO. 1FTEX15N0PKA80829 | B-01-165 |

TO: (Name and Address of Defendant)

Jose Flores Lopez
Claimant
257 Shoreline Drive
Brownsville, TX 78521

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Morgan
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

_____   September 26, 2001
CLERK                                        DATE

_Elizabeth [signature]_
BY DEPUTY CLERK

ClibPDF - www.fastio.com

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA

V.

ONE 1993 FORD F-150 TRUCK
VIN NO. 1FTEX15N0PKA80829

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-01-165**

TO: (Name and Address of Defendant)

Sean Belleville
Law Office of Ernest Gamez, Jr.
Attorney for Claimant
777 E. Harrison
Brownsville, TX 78520

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Morgan
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

September 26, 2001
DATE

CLERK

BY DEPUTY CLERK