CAB-01-165

③

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED
01 OCT -3 PM 12: 45
MICHAEL N. MILBY, CLERK

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/02/2001 |
| NAME OF SERVER (PRINT) Mark Walker | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: <u>Cameron County Jail, Brownsville, Texas.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
OCT 0 3 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>10/02/2001</u>    *Mark Walker*
                Date                          Signature of Server

<u>600 East Harrison, Brownsville, Texas</u>
Address of Server

ENDEAVOR: 10/02/2001 1:45. Summons was personally served. Mileage charged on USM 285 for Jose Flores-Lopez, civil #B-01-165. 1 DUSM. *MW*

B-01-192

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Civil No. B-01-165 |
|---|---|
| DEFENDANT<br>One 1993 Ford F-150 Truck<br>VIN No. 1FTEX15N0PKA80829 | TYPE OF PROCESS<br>Personal Service/Summons |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jose Flores Lopez

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

257 Shoreline Drive, Brownsville, TX 78521

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                                         Fold

Personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem to the above-named Claimant and/or any other qualified member of household.

| Signature of Attorney or other Originator requesting service on behalf of: *[signature]* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>956/548-2554 | DATE<br>09/26/01 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk<br>*Mark Walker* | Date<br>10/1/01 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 10/02/01   Time: 1:45 pm |
| | Signature of U.S. Marshal or Deputy<br>*Mark Walker* |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $4.14 | -0- | $49.14 | -0- | $49.14 | -0- |

REMARKS:

ENDEAVOR: 10/02/2001 11:15. Attempted service at address listed and was advised that Jose Flores was incarcerated at Cameron County Jail. 10 miles round trip. 1 DUSM. *MW*

ENDEAVOR: 10/02/2001 1:45. Subject was personally served at CCJ. 1 mile round trip. 1 DUSM.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|