AO 440 (Rev.1/90) Summons in a Civil Action

CA B-01-165

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/02/2001 |
| NAME OF SERVER (PRINT) Mark Walker | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: __Law Office, 777 East Harrison__
__Brownsville, Texas__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): ____

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED
01 OCT -3 PM 12:45
MICHAEL N. MILBY, CLERK

United States District Court
Southern District of Texas
FILED
OCT 0 3 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| —0— | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/02/01__
Date

_Mark Walker_
Signature of Server

__600 East Harrison, Brownsville, Texas__
Address of Server

**ENDEAVOR:** 10/02/2001 11:00. Summons was personally served. Mileage charged on USM-285 for Jose Flores-Lopez, civil #B-01-165. 1 DUSM. /MBW

B-01-165

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil No. B-01-165 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| One 1993 Ford F-150 Truck VIN No. 1FTEX15N0PKA80829 | Personnal Service/Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sean Belleville, Attorney for Claimant

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

777 E. Harrison, Brownsville, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

Number of process to be served with this Form 285
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem to the above-named attorney and/or any other qualified member of office.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 956/548-2554
DATE: 09/26/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 79
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk: Mark Walker
Date: 10/1/01

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): MEW

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 10/02/01
Time: 11:00 am
Signature of U.S. Marshal or Deputy: Mark Walker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | N/A | -0- | $45.00 | -0- | $45.00 | -0- |

REMARKS:

ENDEAVOR: 10/02/2001 11:00. Process was personally served. Mileage charged on USM-285 for Jose Flores-Lopez. 1 DUSM. MEW

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)