United States District Court
Southern District of Texas
FILED

OCT 1 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-165 |
| | § | |
| ONE 1993 FORD F-150 TRUCK | § | |
| VIN. NO. 1FTEX15NOPKA80829 | § | |

JOSE FLORES LOPEZ' CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE FLORES LOPEZ and files this his Certificate of Interested Persons and would respectfully show:

I.

INTERESTED PERSONS

The following individuals are financially interested in the outcome of this litigation:

1. Jose Flores Lopez as record title holder to the seized vehicle;

2. Aurora Lopez as wife of Jose Flores Lopez and ½ owner of said seized vehicle in accordance with the community property laws of the State of Texas.

Respectfully submitted,
**LAW OFFICES OF**
**ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison
Brownsville, Texas  78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694

BY: _____
**SEAN P. BELLEVILLE**
State Bar No. 00797774
Federal Id No. 23943
Attorney for Jose Flores Lopez

## CERTIFICATE OF SERVICE

I, Sean Belleville, hereby certify that a true and correct copy of the above foregoing Certificate of Interested Persons has been forwarded to Ronald G. Morgan at the United States Attorney's Office, on this 11th day of October, 2001.

*[signature]*

**Sean P. Belleville**

ClibPDF - www.fastio.com