8



United States District Court
Southern District of Texas
FILED

OCT 2 3 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CIVIL NO. B-01-165** |
| | * | |
| **ONE 1993 FORD F-150 TRUCK** | * | |
| **VIN NO. 1FTEX15NOPKA80829** | * | |

### RESPONDENT'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:**

COMES NOW, **JOSE FLORES LOPEZ,** Respondent in the above-styled and numbered civil action, and files this his **Original Answer** to the Verified Complaint for Forfeiture In Rem filed by the United States of America, and in support thereof would respectfully show this Honorable Court the following:

### A.

### ADMISSIONS AND DENIALS

1.      Respondent **admits** the averments contained in **Paragraph 1** of the United States of America's Verified Complaint for Forfeiture in Rem, but **denies** that the United States of America is entitled to bring this proceeding against him.

2.      Respondent **admits** the averments contained in **Paragraph 2** of the United States of America's Verified Complaint for Forfeiture in Rem.  Respondent **admits** that venue lies in the Southern District of Texas pursuant to U.S.C. §1395.

3.      As to **Paragraph 3** of the United States of America's Verified Complaint for Forfeiture in Rem, Respondent **denies** that the property identified as a 1993 Ford F-150 Truck, Vehicle Identification Number (VIN) 1FTEX15NOPKA80829 is forfeitable to the United States

pursuant to statutues set forth by the United States of America.  However, Respondent **admits** that said property was seized by Immigration and Naturalization Service (INS) agents on May 16, 2001.

4.      Respondent **admits** the averments contained in **Paragraph 4** of the United States of America's Verified Complaint for Forfeiture in Rem.

5.      Respondent **admits** the averments contained in **Paragraph 5** of the United States of America's Verified Complaint for Forfeiture in Rem.

6.      Respondent **admits** the averments contained in **Paragraph 6** of the United States of America's Verified Complaint for Forfeiture in Rem.

7.      Respondent **admits** that the averments contained in **Paragraph 7** of the United States of America's Verified Complaint for Forfeiture in Rem.

8.      As to **Paragraph 8** of the United States of America's Verified Complaint for Forfeiture in Rem, Respondent **denies** that he repeatedly used the said property to travel to and from meetings in which arrangements were made to illegally transport undocumented aliens; as a location for discussions regarding plans to transport undocumented aliens.

9.      Respondent **admits** the averments contained in **Paragraph 9** of the United States of America's Verified Complaint for Forfeiture in Rem.

10.     As to **Paragraph 10** of the United States of America's Verified Complaint for Forfeiture in Rem, Respondent **denies** that he used the said property in the commission of and to facilitate a conspiracy to violate 8 U.S.C.§1324(a) and is therefore subject to the United States America pursuant to 18 U.S.C.§1324(b)(1).

ClibPDF - www.fastio.com

## REQUEST FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Respondent **JOSE LOPEZ** respectfully

requests that this Honorable Court:

1.    Dismiss the Verified Complaint for Forfeiture in Rem filed by the United States of

America with prejudice and without cost to Respondent;

2.    Return the said property to Respondent;

3.    Award Respondent his costs and expenses, including attorney's fees incurred in

defending this action; and

4.    Award Respondent such other and further relief, at law or in equity, to which he may

show himself to be justly entitled.


Respectfully submitted,

**LAW OFFICES OF**
**ERNEST GAMEZ, JR., P.C.**
777 E. Harrison Street
Brownsville, Texas  78520
Telephone No.:  (956) 541-3820
Facsimile  No. :  (956) 541-7694


BY:    _____
**ERNEST GAMEZ, JR.**
State Bar No. 07606600
Federal Id. No. 8645

**ATTORNEY-IN-CHARGE    FOR**
**RESPONDENT  JOSE  FLORES**
**LOPEZ**

ClibPDF - www.fastio.com

\*    **SEAN P. BELLEVILLE**
State Bar No. 00797774
Federal Id. No. 23943

\*    (Signed with Permission of Attorney-in-Charge)

## CERTIFICATE OF SERVICE

I, **SEAN P. BELLEVILLE,** hereby certify that on this 23rd day of October, 2001 a true and correct copy of the foregoing **Respondent's Original Answer** was served **Via Hand-Delivery** on the United States of America's attorney-in-charge, Hon. Ronald G. Morgan, Assistant United States Attorney, **United States Attorney's Office,** 600 East Harrison Street, Suite 201, Brownsville, Texas 78521 in accordance with the Federal Rules of Civil Procedure.

**SEAN P. BELLEVILLE**

## VERIFICATION

**STATE OF TEXAS**                    §
                                     §
**COUNTY OF CAMERON**                §

   **BEFORE ME,** the undersigned Notary Public, on this day personally appeared **JOSE FLORES LOPEZ,** who, after being duly sworn, stated under oath that he is the Respondent in this action; that he has read the foregoing **Respondent's Original Answer**; and that every statement contained in **Paragraph A** of **Respondent's Original Answer** is within his personal knowledge and is true and correct.


_____
JOSE FLORES LOPEZ

**SUBSCRIBED AND SWORN TO BEFORE ME** on _____ , 2001.


_____
Notary Public
In and for the State of Texas
County of Cameron

My Commission Expires:
05/12/03

5