

```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF TEXAS
          BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

OCT 2 3 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-165 |
| | § | |
| ONE 1993 FORD F-150 TRUCK | § | |
| VIN. NO. 1FTEX15N0PKA80829 | § | |

**JOSE FLORES LOPEZ' AMENDED VERIFIED
CERTIFICATE OF INTERESTED PERSONS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, JOSE FLORES LOPEZ** and files this his Amended Verified Certificate of Interested Persons and would respectfully show:

**I.**

**INTERESTED PERSONS**

The following individuals are financially interested in the outcome of this litigation:

1. Jose Flores Lopez as record title holder to the seized vehicle;

2. Aurora Lopez as wife of Jose Flores Lopez and ½ owner of said seized vehicle in accordance with the community property laws of the State of Texas.

Respectfully submitted,
**LAW OFFICES OF**
**ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison
Brownsville, Texas 78520
TEL/ (956) 541-3820
FAX/ (956) 541-7694

BY: _____
**SEAN P. BELLEVILLE**
State Bar No. 00797774
Federal Id No. 23943
Attorney for Jose Flores Lopez

## CERTIFICATE OF SERVICE

I, Sean Belleville, hereby certify that a true and correct copy of the above foregoing Amended Verified Certificate of Interested Persons has been forwarded to Ronald G. Morgan at the United States Attorney's Office, on this 23rd day of October, 2001.

_____
Sean P. Belleville

## AFFIDAVIT

STATE OF TEXAS          §
COUNTY OF CAMERON   §

  BEFORE ME, the undersigned authority, personally appeared Jose Flores Lopez, who, by me duly sworn, deposed as follows:

  "My name is Jose Flores Lopez".  I am over 18 years of age.  I am of sound mind, competent and capable of making this Affidavit..

  " I am the purchaser and title holder to the truck made the subject of seizure in Cause No. B-01-165, ONE 1993 FORD F-150 TRUCK, VIN. NO. 1FTEX15NOPKA80829."

  The aforementioned is based upon my personal knowledge and is true and correct.

  Further affiant sayeth not.

                _____
                Jose Flores Lopez

  SUBSCRIBED AND SWORN TO BEFORE ME on the 23rd day of October, 2001, to certify which witness my hand and official seal.

                _____
                Notary Public, State of Texas
                My Commission Expires:

ClibPDF - www.fastio.com

# AFFIDAVIT

STATE OF TEXAS § 
COUNTY OF CAMERON §

    BEFORE ME, the undersigned authority, personally appeared Aurora Lopez, who, by me duly sworn, deposed as follows:

    "My name is Aurora Lopez". I am over 18 years of age. I am of sound mind, competent and capable of making this Affidavit..

    "Mr. Jose Flores Lopez is my husband we were married on October 11, 1962. During our marriage he purchased the truck made the subject of seizure in Cause No. B-01-165, ONE 1993 FORD F-150 TRUCK, VIN. NO. 1FTEX15NOPKA80829."

    The aforementioned is based upon my personal knowledge and is true and correct.

    Further affiant sayeth not.

_____
Aurora Lopez

    SUBSCRIBED AND SWORN TO BEFORE ME on the 18th day of October, 2001, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas
My Commission Expires:

ELIZABETH R. RIVERA
Notary Public, State of Texas
My Commission Expires
MARCH 1, 2003