*10*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 2 3 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CRIMINAL NO. B-01-314-S1-01** |
| | * | |
| **JOSE FLORES LOPEZ** | * | *C^U  B01-165* |

---

## DEFENDANT'S VERIFIED RESPONSE TO CRIMINAL FORFEITURE PURSUANT TO COUNT 22 OF THE SEALED SUPERSEDING INDICTMENT

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:**

COMES NOW, **JOSE FLORES LOPEZ**, and hereby files his **Verifed Response to Criminal Forfeiture Pursuant to Count 22 of the Sealed Superseding Indictment**, and in support thereof would respectfully show this Honorable Court the following:

1.      Defendant hereby states that the following property (hereinafter collectively referred to as "the Property") is **not derived directly or indirectly** from the conduct alleged in Counts 1,4,5,6,7,8, 9, 12, 16, and 18 of the Superseding Criminal Indictment for the reasons indicated herein.

   A.      4420 Southmost Road, Brownsville, Cameron County, Texas to wit: a tract of land described as Isla de Palmas Section VI, Abstract 2, Block K1, Lot 4 (parcel #03-9989-0010-0040-00) for the reason that this said property was purchased approximately four (4) or five (5) years ago by Defendant, his spouse, Aurora Lopez, Defendant's brothers, Ramiro Lopez and Rolando Lopez, and Defendant's Sandra Salinas, and was not involved in a violation of 18 U.S.C.§1546; Thus the property was purchased before the alleged offense.

B.     4430 Southmost Road, Brownsville, Cameron County, Texas, to wit: a tract of

land described as Isla de Palmas Section VI, Abstract 2, Block K1, Lot 5 (parcel

#03-9989-0010-0050-00) the reason that this said property was purchased

approximately four (4) or five (5) years ago by Defendant and his son, Jose Lopez,

Jr., and was not involved in a violation of 18 U.S.C.§1546;   Thus the property

was purchased before the alleged offense.

C.     The amount of $9,190.12 in U.S. currency for the reason that said monies were

obtained by Defendant from lottery earnings and/or winnings, and these monies

were not involved in a violation of 18 U.S.C.§1546; (True and correct copies of

said lottery earnings and/or winnings receipts are attached hereto as **Exhibit "A"**

and incorporated herein by reference the same as if fully copied and set forth at

length, which were previously provided to the government);

D.     Four money orders in the amount of $1,680.00, more specifically described as

Albertson's Money Order 06-381402111 in the amount of $500.00, Albertson's

Money Order 06-381402113 in the amount of $400.00, Albertson's Money Order

06-381402114 in the amount of $480.00 and Diamond Shamrock Money Order

7456411392 in the amount of $300.00  the reason that said monies were  obtained

by Defendant from lottery earnings and/or winnings; ; (True and correct copies of

said lottery earnings and/or winnings receipts are attached hereto as **Exhibit "A"**

and incorporated herein by reference the same as if fully copied and set forth at

length, which were previously provided to the government);

2

E.   One hundred seventy (170) bottles of liquor for the reason that said bottles were purchased by Defendant between ten (10) and twelve (12) years ago some were gifts and some he bought, and were not involved in a violation of 18 U.S.C. §1546;

F.   Coin collection valued at $883.90 as further described in SA Foster report dated May 29, 2001 for the reason that Defendant has accumulated this collection since 1963, and was not involved in a violation of 18 U.S.C. §1546; Thus before the alleged offense occurred.

G.   Assorted jewelry valued at $65,911.00 as further described in Shannon Appraisal dated May 24, 2001 for the reason that Defendant began accumulating this jewelry since approximately 1978 through 1983, and was not involved in a violation of 18 U.S.C. §1546; Thus before the alleged offense occurred.

H.   Two Dell Latitude laptop personal computers for the reason that these computers were purchased by Defendant's son-in-law, Oscar Salinas, from his employment, Long John's Silver's, approximately two (2) years ago; **and**

I.   One 1993 Ford F-150 truck, Vehicle Identification No. 1FTEX15NOPKA80829 for the reason that Defendant purchased it with proceeds of the sale of car approximately one and one-half (1 ½) years ago.

The 3.47 acres (Coffeepot Road) purchased with money obtained from Thrift Savings Plan and not derived from actions and violations of 18 U.S.C. §1546.

Defendant's homestead located at 257 Shoreline Drive was not purchased with funds derived from any violations of 18 U.S.C. §1546.

3

## REQUEST FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Defendant **JOSE LOPEZ** respectfully prays

that this Honorable Court consider this his **Verified Response to Criminal Forfeiture Pursuant to**

**Count 22 of the Sealed Superseding Indictment,** and the Honorable Court do the following:

1. Dismiss Count 22 of the Sealed Superseding Indictment with prejudice and without costs to Defendant;

2. Order that the Defendant not forfeit the said property to the United States of America;

3. Award Defendant his costs and expenses, including attorney's fees incurred in defending this action; and

4. Award Defendant such other and further relief, at law or in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF**
**ERNEST GAMEZ, JR., P.C.**
777 E. Harrison Street
Brownsville, Texas 78520
Telephone No.: (956) 541-3820
Facsimile No. : (956) 541-7694

BY: _____ w/p. Sue Belleville

**ERNEST GAMEZ, JR.**
State Bar No. 07606600
Federal Id. No. 8645

**ATTORNEY-IN-CHARGE   FOR**
**DEFENDANT   JOSE   FLORES**
**LOPEZ**

\*   **SEAN P. BELLEVILLE**
State Bar No. 00797774
Federal Id. No. 23943

4

        \*    (Signed with Permission of Attorney-in-Charge)

## CERTIFICATE OF SERVICE

I, **SEAN P. BELLEVILLE,** hereby certify that on this 23rd day of October, 2001 a true and correct copy of the foregoing **Defendant's Response to Criminal 22 Forfeiture** was served **Via Hand-Delivery** on the United States of America's attorney-in-charge, Hon. Ronald G. Morgan, Assistant United States Attorney, **United States Attorney's Office,** 600 East Harrison Street, Suite 201, Brownsville, Texas 78521 in accordance with the Federal Rules of Civil Procedure.

**SEAN P. BELLEVILLE**

## VERIFICATION

STATE OF TEXAS                    §
                                  §
COUNTY OF CAMERON                 §

BEFORE ME, the undersigned Notary Public, on this day personally appeared **JOSE FLORES LOPEZ**, who, after being duly sworn, stated under oath that he is the Defendant in this action; that he has read the foregoing **Defendant's Verified Response to Criminal Forfeiture Pursuant to Count 22 of the Sealed Superseding Indictment**; and that every statement contained in said Response is within his personal knowledge and is true and correct.


                                        _____
                                        JOSE FLORES LOPEZ

SUBSCRIBED AND SWORN TO BEFORE ME on the $\underline{23rd}$ day of October, 2001.


                                        _____
                                        Notary Public
                                        In and for the State of Texas
                                        County of Cameron

                                        My Commission Expires:
                                        $\underline{05/12/02}$

5



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-01-314-S1 |
| | § | |
| JOSE FLORES LOPEZ, ET.AL. | § | |

# Exhibit "A"

# Lottery Tickets

CVtiPDF - www.fastio.com

# PICK 3

## TEXAS

RET#   221401

RESULTS: 1-900-988-0889
28 CENTS A MIN -   $2 MAX
EST LOTTO JACKPOT $7 MIL

| | | |
|---|---|---|
| A. 013 | EXT | 1.00 |
| B. 721 | EXT | 1.00 |
| C. 202 | EXT | 1.00 |

SAT FEB13 99
010976   $     3.00

044-02286047-10776



**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL

------------------------------

A. 013 EXT 1.00
B. 721 EXT 1.00
C. 202 EXT 1.00

------------------------------

SAT FEB13 99
011099 $ 3.00

044-00845521-21319


**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL

------------------------------

A. 013 EXT 1.00
B. 721 EXT 1.00
C. 202 EXT 1.00

------------------------------

SAT FEB13 99
011037 $ 3.00

044-05040017-15004



**PICK 3**
TEXAS
RET#   221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL



| | | | |
|---|---|---|---|
| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

SAT FEB13 99
011034          3.00
044-07727320-03458



**PICK 3**
TEXAS
RET#   221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL

| | | | |
|---|---|---|---|
| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

SAT FEB13 99
01J017          3.00
044-08183969-10531



**PICK 3**

TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL

| | | | |
|---|---|---|---|
| A. | 013 | EXT | 1.00 |
| B. | 721 | EXT | 1.00 |
| C. | 202 | EXT | 1.00 |

SAT FEB13 99
010705 $ 3.00

044-00585237-01939

**PICK 3**

TEXAS
RET# 221401

RESULTS: 1-900-988-088
28 CENTS A MIN - $2 M
EST LOTTO JACKPOT $7 M

| | | | |
|---|---|---|---|
| A. | 013 | EXT | 1.00 |
| B. | 721 | EXT | 1.00 |
| C. | 202 | EXT | 1.00 |

SAT FEB13 99
011028 $ 3.00

044-01894849-15535

**PICK 3**

TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL

| | | | |
|---|---|---|---|
| A. | 013 | EXT | 1.00 |
| B. | 721 | EXT | 1.00 |
| C. | 202 | EXT | 1.00 |

SAT FEB13 99
011114 $ 3.00

044-00650212-23975

**PICK 3**

TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MA
EST LOTTO JACKPOT $7 MIL

| | | | |
|---|---|---|---|
| A. | 013 | EXT | 1.00 |
| B. | 721 | EXT | 1.00 |
| C. | 202 | EXT | 1.00 |

SAT FEB13 99
011163 $ 3.00

044-05890996-23279

ClibPDF - www.fastio.com

# PICK 3
## TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL

---

A. 013    EXT    1.00

B. 721    EXT    1.00

C. 202    EXT    1.00

---

SAT FEB13 99
010909  $    3.00

044-04887479-07055



# PICK 3
## TEXAS
RET# 221401

RESULTS: 1-900-988-08
28 CENTS A MIN - $2
EST LOTTO JACKPOT $7

---

A. 013    EXT    1.00

B. 721    EXT    1.00

C. 202    EXT    1.00

---

SAT FEB13 99
010790  $    3.00

044-00847697-07165



```
            PICK 3
            TEXAS
            RET#    221419
RESULTS: 1-900-988-088?
28 CENTS A MIN -  $2 M
EST LOTTO JACKPOT $7 M

A  013      EXT     1.00
B  159      EXT     1.00
   202      EXT     1.00
D  802      EXT     1.00
E  721      EXT     1.00

         SAT FEB13 99
012462   $       5.00

   044-02654167-11515
```

```
            PICK 3
            TEXAS
            RET#    221401
RESULTS: 1-900-988-0889
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $7 MIL

A  013      EXT     1.00
B  721      EXT     1.00
C  202      EXT     1.00

         SAT FEB13 99
010840   $       3.00

   044-00692343-13265
```



**PICK 3**
TEXAS
RET#  221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL
_____
A. 013    EXT    1.00
B. 721    EXT    1.00
C. 202    EXT    1.00
_____
SAT FEB13 99
011133   $        3.00

044-05366972-20140



**PICK 3**
TEXAS
RET#  221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL
_____
A. 013    EXT    1.00
B. 721    EXT    1.00
C. 202    EXT    1.00
_____
SAT FEB13 99
011006   $        3.00

044-02222796-10002



**PICK 3**
TEXAS
RET#  221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL
_____
A. 013    EXT    1.00
B. 721    EXT    1.00
C. 202    EXT    1.00
_____
SAT FEB13 99
011011   $        3.00

044-07597694-14594



**PICK 3**
TEXAS
RET#  221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $7 MIL
_____
A. 013    EXT    1.00
B. 721    EXT    1.00
C. 202    EXT    1.00
_____
SAT FEB13 99
011010   $        3.00

044-07726552-06182



CtilPDF – www.fastio.com



## PICK 3
### TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $6 MIL



| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
015359   $   3.00

762-005963790-095021

## PICK 3
### TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MA
EST LOTTO JACKPOT $6 MI

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
014974   $   3.0

762-042424331-0989.

## PICK 3
### TEXAS
RET# 221401

RESULTS   1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $6 MIL

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
014952   $   3.00

762-015401738-097121

## PICK 3
### TEXAS
RET# 221401

RESULTS   1-900-988-0
28 CENTS A MIN - $2
EST LOTTO JACKPOT $6

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
015321   $   3.

762-003604751 094



# PICK 3
## TEXAS
RET#   221401

RESULTS   1-900-988-0889
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $6 MIL

_____

A   013    EXT    1.00
B   721    EXT    1.00
C   202    EXT    1.00

_____

WED APR19 2000
014879   $    3.00

762-024330943-008221



# PICK 3
## TEXAS
RET#   221401

RESULTS   1-900-988-0
28 CENTS A MIN -  $2
EST LOTTO JACKPOT $6

_____

A   013    EXT    1.00
B   721    EXT    1.00
C   202    EXT    1.00

_____

WED APR19 2000
014882   $    3.0

762-007613199-0984

# PICK 3
## TEXAS
RET#   221401

RESULTS   1-900-980-9889
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $6 MIL

_____

A   013    EXT    1.00
B   721    EXT    1.00
C   202    EXT    1.00

_____

WED APR19 2000
015036   $    3.00

762-063265803-093371

# PICK 3
## TEXAS
RET#   221401

RESULTS   1-900-988-
28 CENTS A MIN -  $2
EST LOTTO JACKPOT $6

_____

A   013    EXT    1.0
B   721    EXT    1.0
C   202    EXT    1.0

_____

WED APR19 2000
014992   $    3.

762-043234123 096



**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-0389
28 CENTS A MIN — $2 MAX
EST LOTTO JACKPOT $6 MIL

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
014887   $   3.00

762-007613967-091121

**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-083
28 CENTS A MIN — $2 MA
EST LOTTO JACKPOT $6 MI

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
015328   $   3.00

762-003484687-097821

**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-0389
28 CENTS A MIN — $2 MAX
EST LOTTO JACKPOT $6 MIL

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
014957   $   3.00

762-041252623-093021

**PICK 3**
TEXAS
PE1# 221401

RESULTS: 1-900-988-008
28 CENTS A MIN — $2 MA
EST LOTTO JACKPOT $6 MI

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
015039   $   3.00

762-007265035-090601



# PICK 3
## TEXAS
RET# 221401

RESULTS. 1-900-988-0389
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $6 MIL

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
015302   $   3.00

762-020254223-093521



# PICK 3
## TEXAS
RET# 221401

RESULTS 1-900-988-
28 CENTS A MIN - $2
EST LOTTO JACKPOT $6

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
014901   $   3.0

762-007610383-09932

# PICK 3
## TEXAS
PET# 221401

RESULTS 1-900-988-0389
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $6 MIL

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
015006   $   3.00

762-042234283-0345.1

# PICK 3
## TEXAS
PET# 221401

RESULTS 1-900-988-0389
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $6 MIL

| A | 013 | EXT | 1.00 |
| B | 721 | EXT | 1.00 |
| C | 202 | EXT | 1.00 |

WED APR19 2000
014907   $   3.00

762-007476175-0915.

CutePDF - www.fastio.com



# PICK 3
### TEXAS
RET#   221401

RESULTS:   1-900-988-0389
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $6 MIL

```
A   013     EXT     1.00
B.  721     EXT     1.00
C   202     EXT     1.00
```

WED  APR19 2000
014900   $     3.00

762-035159566-093621



# PICK 3
### TEXAS
RET#   221401

RESULTS:   1-900-988-0
28 CENTS A MIN -   $2
EST LOTTO JACKPOT $6

```
A   013     EXT     1.00
B   721     EXT     1.00
C   202     EXT     1.00
```

WED  APR19 2000
014953   $     3.0

762-012920587-0982

# PICK 3
### TEXAS
RET#   221401

RESULTS:   1-900-988-0389
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $6 MIL

```
A   013     EXT     1.00
B   721     EXT     1.00
C   202     EXT     1.00
```

WED  APR19 2000
014948   $     3.00

762-012910819-0758.1

# PICK 3
### TEXAS
RET#   221401

RESULTS   1-900-988-0
28 CENTS A MIN -   $2
EST LOTTO JACKPOT $

```
A   013     EXT     1.00
B   721     EXT     1.00
C   202     EXT     1.00
```

WED  APR19 2000
014992   $     3.0

762-041188633 0967




# PICK 3
## TEXAS
RET#   221401

RESULTS.   1-900-988-0389
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $6 MIL

----------------------------------

A.  013    EXT    1.00
B.  721    EXT    1.00
C.  202    EXT    1.00

----------------------------------

WED  APR19  2000
015097   $    3.00

762-048984586-094221

---

# PICK 3
## TEXAS
RET#   221401

RESULTS:   1-900-988-0
28 CENTS A MIN - $2
EST LOTTO JACKPOT $6

----------------------------------

A  013    EXT    1.00
B  721    EXT    1.00
C  202    EXT    1.00

----------------------------------

WED  APR19  2000
015040   $    3.0

762-065690634-0952

---

# PICK 3
## TEXAS
RET#   221401

RESULTS.   1-900-988-0389
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $6 MIL

----------------------------------

A  013    EXT    1.00
B  721    EXT    1.00
C  202    EXT    1.00

----------------------------------

WED  APR19  2000
014925   $    3.00

762-039483212-094221

---

# PICK 3
## TEXAS
RET#   221401

RESULTS   1-900-988-0
28 CENTS A MIN - $2
EST LOTTO JACKPOT $6

----------------------------------

H  013    EXT    1.00
B  721    EXT    1.00
C  202    EXT    1.00

----------------------------------

WED  APR19  2000
015303   $    3

762-001714446-0951

The images are decorative graphics on the lottery tickets.




**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $6 MIL

A   013     EXT     1.00
B   721     EXT     1.00
C   202     EXT     1.00

WED APR19 2000
014962   $   3.00
762-029756683-098221

---

**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-
28 CENTS A MIN - $2
EST LOTTO JACKPOT $6

A   013     EXT     1.0
B   721     EXT     1.0
C   202     EXT     1.0

WED APR19 2000
014992   $   3.
762-012988171-096

---

**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $5 MIL

A   013     EXT     1.00
B   721     EXT     1.00
C   202     EXT     1.00

WED APR19 2000
014885   $   3.00
762-007745039-094321

---

**PICK 3**
TEXAS
RET# 221401

RESULTS: 1-900-988-
28 CENTS A MIN - $2
EST LOTTO JACKPOT $6

A   013     EXT     1.0
B   721     EXT     1.0
C   202     EXT     1.0

WED APR19 2000
015039   $   3.
762-043330315 096

```
PICK 3
TEXAS
RET#   221401

RESULTS   1-900-988-0389
28 CENTS A MIN  -  $2 MAX
EST LOTTO JACKPOT $6 MIL
_____
A   013     EXT     1.00

B   721     EXT     1.00

C   202     EXT     1.00

        WED APR19 2000
    015301   $     3.00

    762-0035475.43-094321
```



PICK 3

T EXAS
MET# 221401

RESULTS   1 900 988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

A   202   EXT   1.00
B   013   EXT   1.00
C   721   EXT   1.00
D   159   EXT   1.00
E   104   EXT   1.00

TRY HOUSE 2000
010008  =     5.00

883 4062386314-9793721

PICK 3

T EXAS
MET# 221401

RESULTS   1 900 988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

A   202   EXT   1.00
B   013   EXT   1.00
C   721   EXT   1.00
D   159   EXT   1.00
E   104   EXT   1.00

TRY HOUSE 2000
010008  =     5.00

PICK 3

T EXAS
MET# 221401

RESULTS   1 900 988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

A   159   EXT   1.00
B   013   EXT   1.00
C   202   EXT   1.00
D   721   EXT   1.00
E   041   EXT   1.00

TRY HOUSE 2000
010008  =     5.00

PICK 3

T EXAS
MET# 221401

RESULTS   1 900 988-0889
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

A   159   EXT   1.00
B   013   EXT   1.00
C   202   EXT   1.00
D   721   EXT   1.00
E   041   EXT   1.00

TRY HOUSE 2000
010008  =     5.00

| Gross | Fed Withhold | Other Deductions | Net Payable |
|-------|--------------|------------------|-------------|
| 649.00 | .00 | .00 | 649.00 |
| | | .00 | |
| | | .00 | |
| | | .00 | |
| | | .00 | |

LOPEZ, AURORA

Congratulations! You played the game of Texas and won!

Please be aware that prizes over $599.00 must be reported
to the Internal Revenue Service and withholding is required
for prizes over $5,000.00. For more information regarding
additional taxes that may be owed, consult IRS publication
#505 or contact a tax expert. You will receive a W2-G from
the Lottery next January. Please notify us of any changes
in your address. Thank you.
CHECK:  0504745    DATE:  03/01/99

| Gross | Fed Withhold | Other Deductions | Net Payable |
|---|---|---|---|
| 881.00 | .00 | .00 | 881.00 |
| | | .00 | |
| | | .00 | |
| | | .00 | |
| | | .00 | |

LOPEZ, AURORA

Congratulations! You played the game of Texas and won!

Please be aware that prizes over $599.00 must be reported
to the Internal Revenue Service and withholding is required
for prizes over $5,000.00. For more information regarding
additional taxes that may be owed, consult IRS publication
#505 or contact a tax expert. You will receive a W2-G from
the Lottery next January. Please notify us of any changes
in your address. Thank you.
CHECK:  0504669    DATE:  01/25/99



# PICK 3
### TEXAS
### BET# 221401

RESULTS   1-900-903-0083
28 CENTS A MIN -   $2 MAX
EST LOTTO JACKPOT $13 MIL

H  282   EXT   1.00

FRI AUG18 2000
010439   #=   1.00

# PICK 3
### TEXAS
### BET# 221401

RESULTS   1-900-903-0083
28 CENTS A MIN -   $2 MAX
EST LOTTO JACKPOT $13 MIL

H  282   EXT   1.00

FRI AUG18 2000
010012   #=   1.00

# PICK 3
### TEXAS
### BET# 221401

RESULTS   1-900-903-0083
28 CENTS A MIN -   $2 MAX
EST LOTTO JACKPOT $13 MIL

H  282   EXT   1.00

FRI AUG18 2000
010049   #=   1.00

# PICK 3
### TEXAS
### BET# 221401

RESULTS   1-900-903-0083
28 CENTS A MIN -   $2 MAX
EST LOTTO JACKPOT $13 MIL

H  282   EXT   1.00

FRI AUG18 2000
010043   #=   1.00

**PICK 3**

TEXAS
RET# 221401

RESULTS: 1-900-988-1881
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

M  202  EXT  1.00

FRI AUG18 2000
010430  $2  1 QUI

---

**PICK 3**

TEXAS
RET# 221401

RESULTS: 1-900-988-1881
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

M  202  EXT  1.00

FRI AUG18 2000
010819  $2  1 QUI

---

**PICK 3**

TEXAS
RET# 221401

RESULTS: 1-900-988-1881
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

M  202  EXT  1.00

FRI AUG18 2000
010430  $2  1 QUI

---

**PICK 3**

TEXAS
RET# 221401

RESULTS: 1-900-988-1881
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

M  202  EXT  1.00

FRI AUG18 2000
010859  $2  1 QUI



# PICK 3

TEXAS
RET# 221401

RESULTS   1-900-900-4030
28 CENTS A MIN — 12 MAX
EST LOTTO JACKPOT $13 MIL

H   202   EXT   1.00

FRI AUG18 2000
010572   $   1.00

083-025802381 00/3/21



# PICK 3

TEXAS
RET# 221401

RESULTS   1-900-988-0080
28 CENTS A MIN — 12 MAX
EST LOTTO JACKPOT $13 MIL

H   202   EXT   1.00

FRI AUG18 2000
010572   $   1.00

# PICK 3

TEXAS
RET# 221401

RESULTS   1-900-900-0080
28 CENTS A MIN — 12 MAX
EST LOTTO JACKPOT $13 MIL

H   202   EXT   1.00

FRI AUG18 2000
010512   $   1.00

083-025800411 00/3/21

# PICK 3

TEXAS
RET# 221401

RESULTS   1-900-900-0080
28 CENTS A MIN — 12 MAX
EST LOTTO JACKPOT $13 MIL

H   202   EXT   1.00

FRI AUG18 2000
010513   $   1.00





## PICK 3
TEXAS
PET# 221401

RESULTS   1-900-988-0889
28 CENTS A MIN - $2 MAX
EXT 1610 JACKPOT $13 MIL

H   282   EXT   1.00

FRI AUG18 2000
010404   =$   =1   =$=

RCR 0443750301-997221



## PICK 3
TEXAS
PET# 221401

RESULTS   1-900-988-0889
28 CENTS A MIN - $2 MAX
EXT 1610 JACKPOT $13 MIL

H   282   EXT   1.00

FRI AUG18 2000
010431   =$   =1   =$=

RCR 010115017-994431

## PICK 3
TEXAS
PET# 221401

RESULTS   1-900-988-0889
28 CENTS A MIN - $2 MAX
EXT 1610 JACKPOT $13 MIL

H   282   EXT   1.00

FRI AUG18 2000
010526   =$   =1   =$=

RCR 0443750345-990121

## PICK 3
TEXAS
PET# 221401

RESULTS   1-900-988-0889
28 CENTS A MIN - $2 MAX
EXT 1610 JACKPOT $13 MIL

H   282   EXT   1.02

FRI AUG18 2000
010404   =$   =1   =$=

RCR 010115045-990121

C2APDF - www.fasiio.com

# PICK 3

TEXAS
BET# 321401

RESULTS    1 900-903 0009
28 CENTS A MIN - 42 MAX
EST LOTTO JACKPOT $13 MIL

H  202   EXT   1.00

FPI HUSID 2000
010005   =#       1. □□

083 005294004 A06 321

# PICK 3

TEXAS
BET# 321401

RESULTS    1 900-903 0009
28 CENTS A MIN - 42 MAX
EST LOTTO JACKPOT $13 MIL

H  202   EXT   1.00

FPI HUSID 2000
010089?   =#       1. □□

083 0075004 FP01 321

# PICK 3

TEXAS
BET# 321401

RESULTS    1 900-903 0009
28 CENTS A MIN - 42 MAX
EST LOTTO JACKPOT $13 MIL

H  202   EXT   1.00

FPI HUSID 2000
010503   =#       1. □□

083 0465794 FP01 321

# PICK 3

TEXAS
BET# 321401

RESULTS    1 900-903 0009
28 CENTS A MIN - 42 MAX
EST LOTTO JACKPOT $13 MIL

H  202   EXT   1.00

FPI HUSID 2000
010403   =#       1. □□

083 0414504 FP01 321

*PICK 3*

TEXAS
PET# 221401

RESULTS   1-900-900-0039
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $13 MIL

M   202   EXT   1.00

FRI AUG18 2000
010549   #8      $1.  $18

083 07080001-HU0201

*PICK 3*

TEXAS
PET# 221401

RESULTS   1-900-900-0039
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $13 MIL

M   202   EXT   1.00

FRI AUG18 2000
010547   #8      $1.  $18

083 07080001-HU0201

*PICK 3*

TEXAS
PET# 221401

RESULTS   1-900-900-0039
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $13 MIL

M   202   EXT   1.00

FRI AUG18 2000
010540   #8      $1.  $18

083-07080120 HU0201

*PICK 3*

TEXAS
PET# 221401

RESULTS   1-900-900-0039
28 CENTS A MIN -  $2 MAX
EST LOTTO JACKPOT $13 MIL

M   202   EXT   1.00

FRI AUG18 2000
010570   #8      $1.  $18

083 07080120 HU0201

PICK 3

TEXAS
BET# 221401

RETAIL TX    1-800-900-1888
28 CENTS A MIN —    $2 MAX
EXT LOTTO JACKPOT   PICK MIN

H    202    EXT    1.00

PRT HUNT: 2000
010328    *$    1.00*

UPR-025/92741 49794/1

PICK 3

TEXAS
BET# 221401

RETAIL TX    1-800-900-1888
28 CENTS A MIN —    $2 MAX
EXT LOTTO JACKPOT   PICK MIN

H    202    EXT    1.00

PRT HUNT: 2000
010318    *$    1.00*

UPR-025/92741 49794/1

PICK 3

TEXAS
BET# 221401

RETAIL TX    1-800-900-1888
28 CENTS A MIN —    $2 MAX
EXT LOTTO JACKPOT   PICK MIN

H    202    EXT    1.00

PRT HUNT: 2000
010305    *$    1.00*

UPR-025/92741 49794/1

PICK 3

TEXAS
BET# 221401

RETAIL TX    1-800-900-1888
28 CENTS A MIN —    $2 MAX
EXT LOTTO JACKPOT   PICK MIN

H    202    EXT    1.00

PRT HUNT: 2000
010305    *$    1.00*

UPR-025/92741 49794/1



## PICK 3

TEE>GBE
PET# 221401

RESULTS   1 900-900 0660
28 CENTS A MIN -   42 MAC
EST LOTTO JACKPOT 413 MIL

H   202   EXT   1.00

FRI AUG18 2000
010463   $1   043

---

## PICK 3

TEE>GBE
PET# 221401

RESULTS   1 900-900 0660
28 CENTS A MIN -   42 MAC
EST LOTTO JACKPOT 413 MIL

H   202   EXT   1.00

FRI AUG18 2000
010407   $1   043

---

## PICK 3

TEE>GBE
PET# 221401

RESULTS   1 900-900 0660
28 CENTS A MIN -   42 MAC
EST LOTTO JACKPOT 413 MIL

H   202   EXT   1.00

FRI AUG18 2000
010548   $1   043

---

## PICK 3

TEE>GBE
PET# 221401

RESULTS   1 900-900 0660
28 CENTS A MIN -   42 MAC
EST LOTTO JACKPOT 413 MIL

H   202   EXT   1.00

FRI AUG18 2000
010591   $1   043

**PICK 3**

TICKET
ME'# 221401

RESULTS 1 900-900-0809
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

H 202 EXT 1.00

EPI AUG18 2000
010534 $2 $1.00

803 024800569 AU5421

---

**PICK 3**

1 TICKET
ME'# 221401

RESULTS 1 900-900-0809
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

H 202 EXT 1.00

EPI AUG18 2000
010591 $2 $1.00

---

**PICK 3**

TICKET
ME'# 221401

RESULTS 1 900-900-0809
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

H 202 EXT 1.00

EPI AUG18 2000
010534 $2 $1.00

---

**PICK 3**

TICKET
ME'# 221401

RESULTS 1 900-900-0809
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

H 222 EXT 1.00

EPI AUG18 2000
010591 $2 $1.00

## PICK 3

TUESDAY
FET# 221401

RESULTS   1 900 960 0809
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

A  292    EXT    1.00

FPI AUG18 2000
010439  #     1.00

833 05601304-09721

---

## PICK 3

TUESDAY
FET# 221401

RESULTS   1 900 960 0809
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

A  292    EXT    1.00

FPI AUG18 2000
010439  #     1.00

---

## PICK 3

TUESDAY
FET# 221401

RESULTS   1 900 960 0809
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

A  292    EXT    1.00

FPI AUG18 2000
010533  #     1.00

---

## PICK 3

TUESDAY
FET# 221401

RESULTS   1 900 960 0809
28 CENTS A MIN - $2 MAX
EST LOTTO JACKPOT $13 MIL

A  292    EXT    1.00

FPI AUG18 2000
010533  #     1.00