*12*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | CIVIL NO. B-01-165 |
| § | |
| ONE 1993 FORD F-150 TRUCK § | |
| VIN No. 1FTEX15NOPKA80829 § | |
| Defendant. § | |

## ORDER OF DISMISSAL

CAME to be considered the joint motion for dismissal with prejudice of the parties in the above-styled and numbered case.

Because the parties to this action have agreed to the dismissal of plaintiff's action and Claimant's claim to the Defendant Property, ONE 1993 FORD F-150 TRUCK, VIN No. 1FTEX15NOPKA80829, with prejudice and because the parties agree to bear their own costs and attorney fees, the Court finds that it should grant the joint motion. Further, because the parties stipulate and agree that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize and detain the Defendant Property and to initiate the forfeiture action against the Defendant Property, the Court finds that such reasonable cause existed.

THEREFORE, the above-styled and numbered cause is hereby DISMISSED with prejudice as to both parties. Each party shall bear its own costs and attorney fees. The United States Marshals Service, or whomsoever has custody of the Defendant Property, shall dispose of the Defendant Property in accordance with law and the provisions of the criminal forfeiture ordered

entered by the Court in Criminal case B-01-314-S1.

SIGNED on this the 3rd day of December, 2001 in Brownsville, Texas.

_____
JUDGE PRESIDING

2